UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Maria C. Rivera

Debtor.

**Order Filed on June 20, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 17-21171 MBK

Adv. No.:

Hearing Date: 5/1/18 @ 10:00 A.M..

Judge: Michael B. Kaplan

## ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Maria C. Rivera
Case No:  17-21171 MBK
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property 2014 LEXUS IS250, VIN:JTHCF1D27E5008991, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Bruce C. Truesdale, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Stay Relief is granted effective immediately; and

It is **ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall return any over-payments to Debtor within 30 days,

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.