| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Motor Credit Corporation | **Order Filed on June 20, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.: 17-21171 MBK |
| In Re:<br>　　Maria C. Rivera<br><br>Debtor. | Adv. No.:<br><br>Hearing Date: 5/1/18 @ 10:00 A.M..<br><br>Judge: Michael B. Kaplan |

### ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Maria C. Rivera
Case No:  17-21171 MBK
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property 2014 LEXUS IS250, VIN:JTHCF1D27E5008991, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Bruce C. Truesdale, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that Stay Relief is granted effective immediately; and

It is **ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall return any over-payments to Debtor within 30 days,

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Maria C. Rivera  
     Debtor

Case No. 17-21171-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 20, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db          +Maria C. Rivera,    1366 Omaha Road,    North Brunswick, NJ 08902-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com  
        Bruce C. Truesdale    on behalf of Debtor Maria C. Rivera brucectruesdalepc@gmail.com,  
         bctpcecf@gmail.com;r49787@notify.bestcase.com  
        Charles D Whelan, III    on behalf of Creditor    Middlesex County Employees Federal Credit Union  
         whelaw@ix.netcom.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael M Khalil    on behalf of Debtor Maria C. Rivera mkhalil@atrbklaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                TOTAL: 7