UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue – Suite 1E
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

_____

In Re:

MARIA C. RIVERA

Case No.:    17-21171

Chapter:    13

Adv. No.:

Hearing Date:  11/10/21

Judge:    MBK

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On October 14, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Application for Compensation for Bruce C. Truesdale, Debtor's Attorney

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/14/21         /s/ Sarah A. Vanderstreet
                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan MN 55121-7700<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barclays Bank Delaware<br>c/o Portfolio Recovery Assocs., LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank USA, NA<br>c/o Portfolio Recovery Assocs., LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citicards CBNA<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial Services, LLC<br>c/o Discover Bank Discover Products, Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lending Club Corp.<br>c/o Quantum3 Group, LLC as agent for Velocity Investments, LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Middlesex County Employees FCU<br>c/o Charles D. Whelan III, Esq.<br>114 Bayard Street<br>New Brunswick, NJ 08901<br>(address as per POC) | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/Amazon<br>c/o Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Synchrony Bank/GAP<br>c/o Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank USA, N.A.<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue – Suite 400<br>Seattle, WA 98121<br>(address as per POC) | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Motor Credit Corp.<br>c/o Rebecca A. Solarz, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue – Suite 406<br>Westmont, NJ 08108 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank/Lowes<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>ATTN: Valerie Smith | Service Requested | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maria C. Rivera<br>1366 Omaha Road<br>North Brunswick, NJ 08902 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |