**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maria C. Rivera<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7946<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–21171–MBK | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maria C. Rivera

<u>8/3/22</u>                                                **By the court:** <u>Michael B. Kaplan</u>
                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-21171-MBK
Maria C. Rivera     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Aug 03, 2022    Form ID: 3180W    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria C. Rivera, 1366 Omaha Road, North Brunswick, NJ 08902-1528 |
| cr | + | Middlesex County Employees Federal Credit Union, Charles D Whelan III Attorney, 114 Bayard Street, First Floor, New Brunswick, NJ 08901 UNITED STATES 08901-4072 |
| 516856962 | + | Charles D. Whelan III, 114 Bayard Street, New Brunswick, NJ 08901-4073 |
| 516856970 | + | Middlesex County Employees FCU, 841 Georges Road, North Brunswick, NJ 08902-3359 |
| 516946996 | + | Middlesex County Employees Federal Credit Union, 711 Jersey Avenue, New Brunswick, NJ 08901-3600 |
| 516856973 | + | Ragan & Ragan, 3100 Route 138 West, Brinley Plaza, Bldg One, Wall, NJ 07719-9020 |
| 516856974 | | Selip & Stylianou, LLP, 199 Crossways Park Drive, PO Box 363, Woodbury, NY 11797-0363 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516856959 | + | EDI: TSYS2 | Aug 04 2022 00:43:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 516856960 | + | EDI: CITICORP.COM | Aug 04 2022 00:43:00 | Best Buy / CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516856961 | + | EDI: CAPITALONE.COM | Aug 04 2022 00:43:00 | Capital One Bank USA NA, PO Box 30281, UT 84130-0281 |
| 516856965 | + | EDI: CITICORP.COM | Aug 04 2022 00:43:00 | Citicards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 516868821 | | EDI: DISCOVER.COM | Aug 04 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516856966 | + | EDI: DISCOVER.COM | Aug 04 2022 00:43:00 | Discover Financial Svcs LLC, Po Box 15316, Wilmington, DE 19850-5316 |
| 516856963 | | EDI: JPMORGANCHASE | Aug 04 2022 00:43:00 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850 |
| 517064549 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2022 20:48:46 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516856967 | + | EDI: LENDNGCLUB | Aug 04 2022 00:43:00 | Lending Club Corporation, 21 Stevenson, Suite 300, San Francisco, CA 94105-2706 |
| 516856969 | | EDI: RMSC.COM | Aug 04 2022 00:43:00 | Lowes/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 517109648 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 03 2022 20:41:00 | MIDLAND FUNDING LLC, PO Box 2011, |

Case 17-21171-MBK   Doc 46   Filed 08/05/22   Entered 08/06/22 00:14:39   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: 3180W | Total Noticed: 38 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2011 |
| 517084571 | | EDI: PRA.COM | Aug 04 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517084589 | | EDI: PRA.COM | Aug 04 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516856971 | + | Email/Text: bkfilings@zwickerpc.com | Aug 03 2022 20:41:00 | Peter N Fish, Zwicker & Associates, 1105 laurel Oak Rd, Ste 136, Voorhees, NJ 08043-4312 |
| 516856972 | | Email/Text: pcabkt@phillips-cohen.com | Aug 03 2022 20:41:00 | Phillips & Cohen Associates, Ltd., Mail Stop: 661, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 517065674 | | EDI: Q3G.COM | Aug 04 2022 00:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516856975 | + | EDI: RMSC.COM | Aug 04 2022 00:43:00 | Syncb/ Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 516856976 | | EDI: RMSC.COM | Aug 04 2022 00:43:00 | Syncb/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 516856977 | + | EDI: RMSC.COM | Aug 04 2022 00:43:00 | Syncb/GAPDC, PO box 965005, Orlando, FL 32896-5005 |
| 516863832 | + | EDI: RMSC.COM | Aug 04 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516897147 | + | Email/Text: bncmail@w-legal.com | Aug 03 2022 20:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516856978 | + | EDI: WTRRNBANK.COM | Aug 04 2022 00:43:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 516856968 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 03 2022 20:41:00 | Lexus Financial Services, Asset Protection Department, PO Box 2958, Torrance, CA 90509 |
| 517048764 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 03 2022 20:41:00 | Toyota Lease Trust, C/O Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517805913 | | Email/PDF: bncnotices@becket-lee.com | Aug 03 2022 20:48:59 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516856980 | + | EDI: WFHOME | Aug 04 2022 00:43:00 | WFFNB/Home Projects, PO Box 14517, Des Moines, IA 50306-3517 |
| 516960300 | + | EDI: WFHOME | Aug 04 2022 00:43:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 517042512 | | EDI: WFCCSBK | Aug 04 2022 00:43:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516856979 | + | EDI: WFHOME | Aug 04 2022 00:43:00 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516856964 | | Citi Cards CBNA, 701 E 60th St N |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2022         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Bruce C. Truesdale | on behalf of Debtor Maria C. Rivera brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Charles D Whelan, III | on behalf of Creditor Middlesex County Employees Federal Credit Union whelaw@ix.netcom.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Michael M Khalil | on behalf of Debtor Maria C. Rivera mkhalilecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8